**Order entered October 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00982-CV

### DONALD O. OZUMBA, M.D., ET AL., Appellants

### V.

### JANE DOE NO. 6, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03960-2018**

## ORDER

Before the Court is appellants' September 30, 2019 unopposed motion to abate or stay this appeal as the parties pursue mediation. We **GRANT** the motion as follows. We **SUSPEND** the current deadline for appellants' brief on the merits. We **ORDER** appellants to file, by **November 18, 2019**, either a motion to dismiss or status report.

/s/ KEN MOLBERG
   JUSTICE